■ In the Matter of DOMINICK BOSCO, Appellant, against ROBERT C. WEAVER, State Rent Administrator, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of SOL WALLACE, Respondent, against MILLER ART CO., INC., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HOWARD POSPISIL, Defendant.— Motion for leave to appeal as a poor person denied. It appears from the papers that no notice of appeal from the judgment of conviction has been served or filed as required by law. (Code Crim. Pro., § 521.) Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ RAYEX CORPORATION et al., Respondents, v. MAX SANCHEZ, Individually and as President of Local 1614, I. B. E. W., AFL-CIO, et al., Appellants.— Motion by respondents for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decisions. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ RAYEX CORPORATION et al., Respondents, v. MAX SANCHEZ, Individually and as President of Local 1614, I. B. E. W., AFL-CIO, et al., Appellants.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ STATEN ISLAND HOSPITAL, Appellant, v. GEORGE MURRAY, Defendant, and EDWIN MURRAY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ALICE TOOMEY, as Administratrix of the Estate of THOMAS P. TOOMEY, Deceased, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ CHARLES ZIGMAN, Respondent, v. HELEN MCMACKIN, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.